IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ANEX WAREHOUSE AND
DISTRIBUTION COMPANY,**

   **Plaintiff,**

 v.

**DMG CONSULTING &
DEVELOPMENT, INC. d/b/a GOLD
COAST LOGISTICS GROUP a/d/b/a
GOLD COAST, INC.**

CASE NO:  2:23-cv-01510-PLD

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

AND NOW, comes Plaintiff Anex Warehouse and Distribution Company, by and through its undersigned counsel, Nicholas A. Miller, Esq. and Brenlove & Fuller, LLC, and files the herein Motion, stating as follows:

1. Plaintiff initiated the present action on August 21, 2023 via the filing of a Complaint in the United States District Court for the Western District of Pennsylvania.

2. Defendant was properly served with the Complaint and Summons.

3. Defendant did not answer, or otherwise respond to the Complaint and Summons.

4. On December 12, 2023, Plaintiff requested that Default be entered against Defendant and Clerk of Court subsequently entered Default against Defendant on December 13, 2023.

5. The Request for Default and entry of Default were served upon Defendant via US Mail.

6. On January 23, 2024, Plaintiff Requested the Entry of Default Judgment against Defendant.

7. The Request for Entry of Default was served on Defendant by US Mail.

8. On January 24, 2024, this Court issued an Order stating that Plaintiff could either resubmit its request for default judgment along with all evidence supporting its claim or, alternatively, "request the scheduling of an evidentiary hearing for the purpose of submitting sufficient evidence to support its claim for a default judgment."

9. Plaintiff elected to have this Honorable Court conduct an evidentiary hearing, which occurred on May 17, 2024 (the "Hearing") before Magistrate Judge Patricia L. Dodge.

10. At the Hearing, Plaintiff submitted evidence to this Honorable Court showing that:

   a. Defendant was properly served with notice of the Hearing;

   b. Defendant was the party to a contract with Plaintiff for payment;

   c. Defendant failed to make payment under the terms of the contract in an amount equal to $231,210.50; and

   d. Plaintiff is, or will be, prejudiced by Defendant's failure to respond to these proceedings.

WHEREFORE, Plaintiff requests this Honorable Court enter Default Judgment against Defendant in accordance with the provided Proposed Order.

**BRENLOVE & FULLER, LLC**

Dated: June 10, 2024         By: /s/ Nicholas A. Miller
                                 Nicholas A. Miller, Esquire
                                 Pa. I.D. No. 204141
                                 401 Washington Avenue
                                 Bridgeville, PA 15017
                                 nmiller@brenlovefuller.com

                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Request for Default Judgment was served upon Defendant via USPS regular mail, postage prepaid, to Defendant's address of 1425 Madeline Lane, Suite 100, Elgin, IL 60124 on June 10, 2024.

**BRENLOVE & FULLER, LLC**

By: /s/ Nicholas A. Miller
Nicholas A. Miller, Esquire
Pa. I.D. No. 204141
401 Washington Avenue
Bridgeville, PA 15017
nmiller@brenlovefuller.com

*Attorneys for Plaintiff*