IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANEX WAREHOUSE AND DISTRIBUTION COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> DMG CONSULTING & DEVELOPMENT, INC. *doing business as* GOLD COAST LOGISTICS GROUP *doing business as* GOLD COAST, INC., <br><br> *Defendant.* | Civil Action No. 2:23-cv-1510 <br><br> Hon. William S. Stickman IV <br> Hon. Patricia L. Dodge |

## ORDER OF COURT

AND NOW, this 22-d day of July 2024, after Plaintiff Anex Warehouse and Distribution Company filed an action in the above-captioned case, and after a June 17, 2024, Report and Recommendation was filed by United States Magistrate Judge Patricia L. Dodge granting the parties until July 1, 2024, to file written objections thereto, and no objections having been filed, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation (ECF No. 15), which is hereby ADOPTED as the opinion of this Court, including her findings of fact and conclusions of law,

IT IS HEREBY ORDERED that Plaintiff Anex Warehouse and Distribution Company's Motion for Default Judgment (ECF No. 14) is GRANTED.

DEFAULT JUDGMENT in the amount of $231,210.50 is entered in favor of Plaintiff Anex Warehouse and Distribution Company and against Defendant DMG Consulting & Development, Inc. d/b/a Gold Coast Logistics Group d/b/a Gold Coast, Inc.

There being no additional claims pending before the Court, the Clerk of Court is directed to mark this case "CLOSED."

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE